No. 75–798. AMERICAN INSTITUTE OF MERCHANT SHIPPING, LINER COUNCIL *v.* AMERICAN MARITIME ASSN. ET AL.; and

No. 75–800. AMERICAN MARITIME ASSN. *v.* RICHARDSON, SECRETARY OF COMMERCE, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 171 U. S. App. D. C. 132, 518 F. 2d 1070.

No. 75–806. MADDEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 75–809. AFRO-AMERICAN PATROLMEN'S LEAGUE, INC. *v.* CONLISK ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–814. WALLACE ET AL. *v.* KERN ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–815. ROGERS *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–816. LUCA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–824. FELDMAN *v.* AUNSTRUP. C. C. P. A. Certiorari denied.

No. 75–825. CAMPBELL *v.* SHAPP, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 75- 826. MARTIN *v.* DAYTON SCHOOL DISTRICT No. 2 ET AL. Sup. Ct. Wash. Certiorari denied.

No. 75–829. MORGAN *v.* WOOTAN. Ct. App. La., 4th Cir. Certiorari denied.